IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA )  |  | |
|     Plaintiff, ) | | |
| ) | | |
| v. ) | CASE NO. 3:04CR242 | |
| ) | (Financial Litigation Unit) | |
| JOYCE JOHNSON, ) | | |
|     Defendant, ) | | |
| ) | | |
| and ) | | |
| ) | | |
| HARRELSON FORD, ) | | |
|     Garnishee. ) | | |

## ORDER OF CONTINUING GARNISHMENT

The United States obtained a judgment against the Defendant, Joyce Johnson, ("Johnson"), on June 22, 2005, in the amount of $176,349.08. Subsequently, the United States sought to garnish Johnson's earnings. On November 14, 2006, the Court entered a Writ of Continuing Garnishment ("Writ") to Garnishee, Harrelson Ford, ("garnishee"). The United States is entitled to a garnishment of Johnson's disposable earnings and has satisfied the prerequisites set forth in 15 U.S.C. §1673.

The United States served the defendant Johnson by certified mail on November 21, 2006 with writ of garnishment and no answer has been filed by Johnson.

The garnishee was served with the writ of garnishment on or about November 22, 2006. The garnishee filed an Answer on December 4, 2006, stating that at the time of the service of the Writ the garnishee had in their custody, control or possession property or funds owned by the debtor, including non-exempt, disposable earnings, specifically a MetLife Investment Account Number 9502288.

IT IS THEREFORE ORDERED that an Order of Continuing Garnishment is hereby ENTERED in the amount of $126,736.66 computed through November 13, 2006. The garnishee will pay the United States Johnson's disposable earnings which remain after all deductions required by law have been withheld and 100% of all 1099 payments, and the garnishee will continue said payments until the debt to the plaintiff is paid in full or until the garnishee no longer has custody, possession or control of any property belonging to Johnson or until further Order of this court.

Payments should be made payable to the United States Clerk of Court and mailed to the United States Clerk of Court's Office, 401 West Trade Street, Charlotte, North Carolina 28202. In order to ensure that each payment is credited properly, the following should be included on each check: Court Number 3:04CR242.

The plaintiff will submit this debt to the Treasury for inclusion in the Treasury Offset Program. Under this program, any federal payment the defendant would normally receive may be offset and applied to this debt.

Signed: January 4, 2007

Graham C. Mullen
United States District Judge

# CERTIFICATE OF SERVICE

I certify that on January 4, 2007, the foregoing proposed Order of Continuing Garnishment was served upon the parties listed below by electronic mail and/or mailing a copy thereof, postage prepaid and properly addressed at the last known address as follows:

Joyce Johnson
1700 Tamworth Drive
Charlotte, NC 28210
[debtor]

Jerri Millwood
Harrelson Ford
6500 South Boulevard
Charlotte, NC 28224
[garnishee]

Tom Tillman
Scott Storick & Associates
PO Box 49509
Charlotte, NC 28277
[Investment account holder]

GRETCHEN C.F. SHAPPERT, UNITED STATES ATTORNEY
s/ Jennifer A. Youngs
Assistant United States Attorney
NCSB# 23925
227 West Trade Street, Suite 1650
Charlotte, North Carolina 28202
Ph: (704) 344-6222
Fx: (704) 344-6629
Jennifer.Youngs@usdoj.gov